# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JM ENTERPRISES, INC., <br>     Plaintiff, <br><br> vs. <br><br> THE AMES COMPANIES, INC., <br>     Defendant. | Law No. 16-626 <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, JM Enterprises, Inc. (hereinafter "JM Enterprises"), by and through its undersigned attorneys for its complaint against The Ames Companies, Inc. (hereinafter "Ames") allege as follows:

## PARTIES

1.  Plaintiff, JM Enterprises is an Iowa corporation with a principle place of business in Clarion, Iowa 50525.

2.  Upon information and belief, Defendant Ames, is a corporation with a principal place of business located at 465 Railroad Avenue, Camp Hill, Pennsylvania 17011.

## JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Patent Laws of the United States, 35 U.S.C. § 271.

4.  Personal jurisdiction of the Defendant is proper in this Federal District pursuant to 28 U.S.C. § 1391(c) in that Defendant has conducted business, committed acts of infringement, and continues to commit acts of infringement in this District.

5.  Venue is proper in this district based on 28 U.S.C. § 1391.

1

## BACKGROUND FACTS

6. On May 15, 2007, United States Patent No. 7,216,907 (the '907 patent) was duly and legally issued by the United States Patent and Trademark Office for an invention entitled Bracket for a Snow Shovel. JM Enterprises is the owner of the entire right, title, and interest in and to the '907 patent. A true and correct copy of the '907 patent is attached as Exhibit 1.

7. In August 2016, JM Enterprises discovered that Ames was making, using, selling, and offering to sell products that infringed the '907 patent.

8. On August 22, 2016, JM Enterprises informed Ames of the infringing product.

9. In October 2016, JM Enterprises found Ames has continued their infringement of the '907 patent.

**COUNT I: FEDERAL PATENT INFRINGEMENT OF U.S. PATENT NO. 7,216,907 (35 U.S.C. § 271)**

10. JM Enterprises repeats, re-alleges, and incorporates by reference, the foregoing paragraphs as though the same were fully set forth at length herein.

11. Ames has infringed, contributed to infringement, induced infringement, and continues to infringe the '907 patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and offer for sale of the Ames products GUH30FKDU, GUH24FKDU, GUH36FKDU. Ames is liable for infringement of the '907 patent under the provisions of 35 U.S.C. § 271.

12. The acts of infringement by Ames has caused financial injury to JM Enterprises and JM Enterprises is entitled to recover from Ames damages sustained by JM Enterprises as a result of the wrongful acts of Ames in an amount subject to proof at trial.

13. The infringement of the exclusive rights of JM Enterprises has caused irreparable harm to JM Enterprises for which there is no adequate remedy at law, and unless enjoined by this Court, Ames will continue to infringe the rights of JM Enterprises.

14. Ames had knowledge of the charge of infringement of the '907 patent by JM Enterprises to Ames, yet Ames chose to continue to infringe the patent in blatant disregard of the patent rights of JM Enterprises. The infringement by Ames of the '907 patent is willful and deliberate and entitles JM Enterprises to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**WHEREFORE**, Plaintiff JM Enterprises requests entry of judgment in its favor against Ames as follows:

1. A declaration that Ames has infringed the '907 patent.

2. A preliminary and permanent injunction enjoining Ames and its officers, agents, employees, and those acting in privity with it, from further infringement, contributory infringement and /or inducing infringement of the '907 patent.

3. An award of damages arising out of the infringement of the '907 patent by Ames including enhanced damages pursuant to 35 U.S.C. § 284, together with prejudgment and post-judgment interest in an amount according to proof.

4. An award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law.

5. For such other costs and further relief as this Court may deem just and proper.

Dated: December 6, 2016.

## DEMAND FOR JURY TRIAL

Plaintiff requests trial by jury on all issues triable by a jury.

                Respectfully submitted,

By:   /s/Timothy J. Zarley
        Timothy J. Zarley
        Iowa Bar No. 15785
        ZARLEY LAW FIRM, P.L.C.
        400 Locust Street
        Capital Square, Suite 200
        Des Moines, IA 50309-2350
        Telephone:  (515) 558-0200
        Facsimile:   (515) 558-7790
        E-mail address:  tzarley@zarleylaw.com
        **Attorney For Plaintiff**
        **JM Enterprises, Inc.**